IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

BRUCE HARRISON PARKMAN JR.,                    *

        Plaintiff,                                    *

v.                                                                Case No.  4:21-cv-179 (CDL)

                                                          *

MUSCOGEE COUNTY SCHOOL DISTRICT
and CHRISTOPHER B. LINDSEY,                      *

        Defendants.                                 *

## J U D G M E N T

Pursuant to this Court's Order dated February 14, 2022, having accepted the recommendation of

the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 14th day of February 2022.

David W. Bunt, Clerk


s/ Timothy L. Frost, Deputy Clerk